**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARLON TERRYONNA SMITH**  **PLAINTIFF**
**ADC #139399**

v.  No. 4:24-cv-00452-LPR-JTK

**JEREMY H. JONES,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Jerome T. Kearney (Doc. 9). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's false disciplinary claims against Defendant Jones, and Plaintiff's official capacity claims against both Defendants, are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Plaintiff's claims related to his time in solitary confinement are also DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE