IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARLON TERRYONNA SMITH**  **PLAINTIFF**
**ADC #139399**

v.   Case No. 4:24-cv-00452-LPR-JTK

**JEREMY H. JONES, et al.**   **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 38) and the Plaintiff's Objections (Doc. 39). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Defendant Jones's Motion for Summary Judgment (Doc. 32) is GRANTED. Plaintiff's failure-to-protect claim against Defendant Jones is DISMISSED without prejudice based on Plaintiff's failure to exhaust his administrative remedies. The Clerk is directed to terminate Defendant Jones as a party to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] At least one reference to Defendants (collectively) should be a reference to Mr. Jones only. But these types of stray errors do not affect the substance of the PRD's analysis or outcome.