IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARLON TERRYONNA SMITH                                                         PLAINTIFF
ADC #139399

v.                                       4:24CV00452-LPR-JTK

JEREMY H. JACKSON, et al.                                                      DEFENDANTS

## ORDER

On October 9, 2024, Defendant Jasmine Jackson was personally served with Summons and a copy of Plaintiff Marlone Terryona Smith's Amended Complaint (Doc. No. 18) but she has not filed a responsive pleading.

As the Court already explained to Defendant Jackson, a defendant who is served with a summons and complaint must file an answer or responsive pleading within twenty-one days after service. FED. R. CIV. P. 12(a)(1)(A)(i). (Doc. No. 20). On November 26, 2024, the Court directed Plaintiff to show cause, within twenty-one (21) days of the date of this Order, why default should not be entered against her. (Id.). The Court also warned Defendant Jackson that failure to respond would result in the entry of default, followed by a default judgment hearing. See FED. R. CIV. P. 55. Plaintiff did not respond.

The Court then directed the United States Marshal to personally serve Plaintiff with a renewed Order to Show Cause. (Doc. No. 40). Plaintiff was served with the Order on August 18, 2025. (Doc. No. 41). Plaintiff sent a letter to the Court in response, but Plaintiff did not explain why default should not be entered against her; she only apologized for not appearing in Court. The Court notes that no hearing had been scheduled.

Because Plaintiff has not demonstrated any reason why default should not be entered against her, the Court directs the Clerk to enter Defendant Jackson's default. FED. R. CIV. P. 55(a).

The next step in this case is for the Court to hold a default judgment hearing. Plaintiff says Defendant Jackson failed to protect him from other inmates and that he suffered physical harm as a result. Plaintiff asks for money damages. (Doc. No. 6 at 5-8). At the default judgment hearing, the Court will determine an amount of money for which Defendant Jackson is liable to Plaintiff. The Court will notify Plaintiff and Defendant Jackson once the default judgment hearing is scheduled. When the Court has determined the damages (money) Defendant Jackson owes Plaintiff, the Court will recommend to United States District Judge Lee P. Rudofsky that judgment be entered against Defendant Jackson in that amount.

If Defendant Jackson believes she is entitled to legal representation through the Arkansas Division of Correction, she should consider contacting the appropriate ADC office or defense counsel in this case.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of the Court is directed to enter Defendant Jackson's default pursuant to FED .R. CIV. P. 55(a).

2. The United States Marshal is directed to personally serve a copy of Plaintiff's Amended Complaint (Doc. No. 6), a copy of the docket sheet, and this Order on Defendant Jackson without prepayment of fees and costs or security therefore. Service should be attempted at the address maintained under seal (Doc. No. 12).

Dated this 9th day of September, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE