**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARLON TERRYONNA SMITH** **PLAINTIFF**
**ADC #139399**

**v.** **Case No: 4:24-cv-00452-LPR**

**JASMINE JACKSON, et al.** **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 52) and the Plaintiff's Objections (Doc. 53). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Clerk is directed to terminate the ADC as a party to this action. Plaintiff's claims against Defendant Jackson are DISMISSED without prejudice for failure to prosecute and lack of service. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE